```
UNITED STATES DISTRICT COURT
   MIDDLE DISTRICT OF TENNESSEE
          AT NASHVILLE

JEFF WHITE,                      )
                                 )
        Plaintiff                )
                                 )   Case 3:11-0524
v.                               )   Judge Haynes/Brown
                                 )
TENNESSEE DEPARTMENT OF          )
CORRECTIONS, et al.,             )
                                 )
        Defendants               )
```

### O R D E R

Process has been ordered by Judge Haynes in this matter (Docket Entry 10). In that order Judge Haynes further directed that this case be consolidated with an earlier case filed by the Plaintiff, *White v. Alexander, et al.*, Case 3:11-0353. That case is assigned at the Magistrate Judge level to Magistrate Judge Bryant. Accordingly, in view of the consolidation, all further pleadings should be filed only in the 3:11-0353 case and all proceedings at the Magistrate Judge level will be conducted by Magistrate Judge Bryant.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge